# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 25, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00371 | State v. Dagupion | Vacated and Remanded |

**November 8, 2013**

| | | |
|---|---|---|
| CAAP–12–00 01092 | State v. Torricer | Affirmed |

**November 23, 2013**

| | | |
|---|---|---|
| CAAP–10–00 00199 | Schwartz v. State | Affirmed |

**January 10, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00727 | Wagner v. State | Affirmed |

**January 8, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00052 | Trueman v. State | Affirmed |

**March 25, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00020 | E*Trade Bank v. Chadwick | Affirmed |

**April 24, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00846 | Nationstar Mortg. LLC v. Leopold | Affirmed |

**May 16, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00150 | State v. Ogan | Reversed |